## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. A. No. 06- **110** |
| | : | |
| APRIL TICE | : | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

## COUNT I

From in or about September 1999 to in or about December 2004, in the State and District of Delaware, **APRIL TICE**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use money, namely $21,931.90, of the Social Security Administration, an agency and department of the United States, in violation of Title 18, United States Code, Section 641.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 10 OCT 2006

FILED

OCT 1 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE