IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-110 GMS |
| | : |
| APRIL TICE | : |
| | : |

## NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is scheduled for **Thursday, February 15, 2007, at 9:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

November 16, 2006